IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 12, 2015
```

SWATCH AG (SWATCH SA) (SWATCH LTD.),

    Plaintiff,

v.

TARGET CORP., TARGET BRANDS, INC., and ACCUTIME WATCH CORP.,

    Defendants.

Civil Action No.: 14-cv-1580 (KPF)

Judge: Failla

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim Defendant, Swatch AG (Swatch SA) (Swatch Ltd.), and Defendants/Counterclaim Plaintiffs Target Corp. and Target Brands, Inc. and Defendant Accutime Watch Corp., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and the parties' Settlement Agreement, hereby stipulate to the dismissal of this action with prejudice, including all claims and counterclaims. Each party agrees to bear its own attorney's fees and costs.

Respectfully submitted and so stipulated,

_/s/ Jeffrey A. Lindenbaum_
Jeffrey A. Lindenbaum (JL-1971)
Jess M. Collen (JC-2875)
Collen IP Intellectual Property Law P.C.
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel.: (914) 941-5668
Fax: (914) 941-6091
jlindenbaum@collenip.com
*Attorneys for Plaintiff*

5/11/15

_/s/ George Gottlieb_
George Gottlieb (GG 5761)
Ariel S. Peikes (AP 9157)
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue, 8th Floor
New York, New York 10016-0601
Tel.: (212) 684-3900
Fax: (212) 684-3999
ggottlieb@grr.com
apeikes@grr.com
*Attorneys for Accutime Watch Corp.*

5/4/15

*[signature: Beth Frenchman]*

Jeffrey E. Dupler (JD 5430)
Beth M. Frenchman (BF 3934)
Gibney Anthony & Flaherty LLP
Attorneys at Law
665 Fifth Avenue
New York, New York 10022
Tel.: (212) 688-5151
Fax: (212) 688-8315
jdupler@gibney.com
bfrenchman@gibney.com
*Attorneys for Target Corp. and Target Brands, Inc.*

Dated: 5/5/15

Dated: May 12, 2015
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2